[Dkt. Ent. 5]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| KIMBERLY SIAS,<br><br>            Plaintiff,<br><br>    v.<br><br>LAW OFFICES OF ANDREU, PALMA,<br>and ANDREU, PL,<br><br>            Defendant. | Civil Action No.<br>10-3773 (RMB/AMD)<br><br><br>**ORDER** |

    THIS MATTER coming before the Court upon Defendant's motion to transfer this case to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a); and

    THE COURT having considered the moving papers, as well as those submitted in opposition to the motion by Plaintiff, and all accompanying materials; and

    FOR THE REASONS set forth in the Opinion issued herewith,

    IT IS on this, the **2nd** day of **February 2011**, hereby

    **ORDERED** that Defendant's motion to transfer is **GRANTED**.

 

                                               s/Renée Marie Bumb
                                               RENÉE MARIE BUMB
                                               UNITED STATES DISTRICT JUDGE